UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| DONNA LEE WILLIAMS,<br><br>               Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>               Defendant. | Case No. CV-16-143-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**  X  **    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

     IT IS ORDERED AND ADJUDGED that the Commissioner of Social Security's decision is reversed and this matter remanded pursuant to 42 U.S.C. § 405(g) for further proceedings consistent with Judge Lynch's Findings and Recommendations.

     Dated this 28th day of November, 2017.

                                        TYLER P. GILMAN, CLERK

                                        By: /s/ Annie Puhrmann
                                        Annie Puhrmann, Deputy Clerk